EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2005

at 11 o'clock and 4 min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00063 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | Count 1: 21 U.S.C. § 846 |
| | ) | Counts 2-4: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) |
| GREGORY LEIALOHA JENKS, JR. PHILLIP PUHA, DAVID SANTARONE, | ) | Count 5: 18 U.S.C. § 924(c)(1)(B)(i) |
| | ) | Count 6: 18 U.S.C. §§ 924(c)(1)(A) |
| Defendants. | ) | Count 7: 26 U.S.C. §§ 5845(a)(1) & 5861(d) |
| | ) | Counts 8-9: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |

**INDICTMENT**

## COUNT 1
(21 U.S.C. § 846)

The Grand Jury charges:

From an exact date unknown to the Grand Jury, but at some point before July 13, 2004, and continuing to at least September 2, 2004, in the District of Hawaii, defendants GREGORY LEILOHA JENKS, JR., and PHILLIP PUHA and at least one other individual whose identity is unknown to the Grand Jury, did knowingly and intentionally conspire with each other to knowingly and intentionally possess with intent to distribute and distribute 50 (fifty) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury further charges:

On or about July 20, 2004, in the District of Hawaii, defendants GREGORY LEIALOHA JENKS, JR., and PHILLIP PUHA did knowingly and intentionally possess with intent to distribute and distribute five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B).

### COUNT 3
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury further charges:

On or about July 22, 2004, in the District of Hawaii, defendants GREGORY LEIALOHA JENKS, JR., and PHILLIP PUHA did knowingly and intentionally possess with intent to distribute and distribute five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B)).

### COUNT 4
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) & 18 U.S.C. § 2)

The Grand Jury further charges:

On or about July 27, 2004, in the District of Hawaii, defendants GREGORY LEIALOHA JENKS, JR. and DAVID SANTARONE did knowingly and intentionally possess, and aid and abet the possession, with intent to distribute and distribute five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B) & Title 18, United States Code, Section 2.

## COUNT 5
(18 U.S.C. § 924(c)(1)(B)(i))

The Grand Jury further charges that:

On or about July 13, 2004, in the District of Hawaii, the defendants GREGORY LEIALOHA JENKS, JR. and PHILLIP PUHA did carry and use a firearm, to wit, an Amadeo Rossi & Co. short-barreled shotgun bearing serial number T27816, during and in relation to a drug trafficking crime, to wit, the drug trafficking crime charged in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(B)(i).

## COUNT 6
(18 U.S.C. §§ 924(c)(1)(A) & 2)

The Grand Jury further charges that:

On or about July 27, 2004, in the District of Hawaii, the defendants GREGORY LEIALOHA JENKS, JR. and DAVID SANTARONE did carry and use, and did aid and abet the carrying of, a firearm to wit, an Essex Arms 1911A1 .45 caliber semi-automatic handgun, bearing serial number 23974, during and in relation to a drug trafficking crime, to wit, the drug trafficking crime charged in Count 4 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) & 2.

<u>COUNT 7</u>
(26 U.S.C. §§ 5845(a)(1), 5861(d), & 18 U.S.C. § 2(a))

The Grand Jury charges that:

On or about July 13, 2004, in the District of Hawaii, the defendants GREGORY LEILOHA JENKS, JR. and PHILLIP PUHA, did knowingly possess, and aid and abet the possession of, a firearm as defined by Title 26, United States Code, Section 5845(a)(1), to wit, an Amadeo Rossi & Co. shotgun, with a barrel length of less than eighteen (18) inches, bearing serial number T27816, which was not registered to them in the National Firearms Registration and Transfer Record as required by law.

All in violation of Title 26, United States Code, Sections 5845(a)(1), 5861(d), and Title 18, United States Code, Section 2(a).

<u>COUNT 8</u>
(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury further charges that:

On or about July 13, 2004, in the District of Hawaii, the defendants GREGORY LEIALOHA JENKS, JR., and PHILLIP PUHA having been previously convicted of crimes punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce a firearm, to wit, an Amadeo Rossi & Co. shotgun, bearing serial number T27816, with the firearm having been manufactured outside the State of Hawaii and transported in foreign and interstate commerce to reach Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 9
(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury further charges that:

On or about July 27, 2004, in the District of Hawaii, the defendants GREGORY LEIALOHA JENKS, JR., having been previously convicted of a crime punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit, an Essex Arms 1911A1 .45 caliber semi-automatic handgun, bearing serial number 23974, with approximately 53 rounds of ammunition, with the firearm and ammunition having been manufactured outside the State of Hawaii and transported in interstate commerce to reach Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: February 9, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney